UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IN RE:

SUBPOENAS ISSUED TO SAN BERNADINO, LLC, SUNSET ACQUISTION CORP., BRIDGE AINA LE'A, LLC, BRIDGE CAPITAL, INC., SUNSET MANAGEMENT, LLC and FOREST HOMES, LLC,

2:11-cv-365-JCM-RJJ

O R D E R

This matter was submitted to the undersigned Magistrate Judge on a Joint Motion to Set Expedited Hearing (#9).

The Court having reviewed the Motion (#9) and the pleadings filed herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Joint Motion to Set Expedited Hearing (#9) is **GRANTED to the extent that a hearing is scheduled for April 4, 2011, at 10:00 AM** in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, on the Motion to Quash Subpoenas (#1).

DATED this  15th  day of March, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge